UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

KENNETH A. STACEY,
:   Plaintiff,
:
:
v.                                    :   Civil Action No.
:   3:00 CV 794 (CFD)
CITY OF BRISTOL, ET AL.,   :
    Defendants                 :

### ORDER TO SHOW CAUSE

The plaintiff is ordered to show cause by **March 5, 2004** why the Court should not dismiss this case for failure to comply with the Court's Status Report Order dated January 15, 2004 [Doc. #38]. See Rule 41(a), Local Rules of Civil Procedure.

SO ORDERED this ____ day of February 2004, at Hartford, Connecticut.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1