UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH A. STACEY | : | DOCKET NO. 3:00CV794 (CFD)(WIG) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BRISTOL, ET AL | : | FEBRUARY 27, 2004 |
| Defendants | : | |

**SHOW CAUSE RESPONSE**

    The plaintiff, Kenneth A. Stacey, hereby respectfully responds to this Court's Order to Show Cause why this case should not be dismissed pursuant to Local Rule of Civil Procedure 41 (a) dated February 12, 2004.  The undersigned counsel apologizes for failing to submit jointly with defense counsel a status report on February 2, 2004.  The undersigned does not recall receiving a copy of such Status Report Order.  Immediately following receipt of the Order to Show Cause, the undersigned has obtained a copy of the Court's Status Report Order on-line, has called defendants' counsel to obtain his input to comply with that order and even though no response has been forth coming from defendants counsel has filed a status report.

    Good Cause exists for not dismissing this case.  This action has been litigated by Mr. Kenneth A. Stacey as pro-se up until the undersigned appearance on November 30, 2001.  Since filing an appearance at the request of Inmate's Legal Assistance Program, the undesigned has filed an opposition to defendant's motion for summary judgment, has amended the complaint,

has requested Rule 16 Conference on several occasions, has disclosed his only expert, and has tried to advance the case toward trial or other resolution. Under the circumstances, the plaintiff should not be penalized for any actions or inactions of the undersigned. The undersigned submits that he will comply with all known orders and requests from the Court, will comport himself in accordance with the Federal Rules of Civil Procedure, and will continue to represent the plaintiff zealously.

    Therefore, good show exists for not dismissing the above caption action and the plaintiff respectfully requests that he be allowed, through the undersigned counsel, to continue to prosecute this action.

PLAINTIFF,

BY_____
James F. Sullivan, Esq.
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798
(860) 525-3101
His Attorney
Fed Bar No: ct12745

## **CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on February 27, 2004 to the following counsel of record:

Thomas R. Gerarde, Esq.
Keith Marquis, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

                                                          James F. Sullivan
                                                        Commissioner of the Superior Court