TOTAL TIME: ___ hours  5  minutes
HONORABLE  Droney
DEPUTY CLERK  Deio
RPTR/ERO/TAPE  Marshall
CT evjysel (12-1-98)

DATE  4-8-04
START TIME  9:50
END TIME  9:55
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Stacey
vs.
Bristol

CIVIL NO. 00CV794 CFD

Sullivan
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Badshaw
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ ☒ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to ___
☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until ___

- # Motion ___  ☐ granted  ☐ denied  ☐ advisement
- # Motion ___  ☐ granted  ☐ denied  ☐ advisement
- # Motion ___  ☐ granted  ☐ denied  ☐ advisement
- # Motion ___  ☐ granted  ☐ denied  ☐ advisement

___  ☐ filed  ☐ docketed
___  ☐ filed  ☐ docketed
___  ☐ filed  ☐ docketed
___  ☐ filed  ☐ docketed

___ jurors present to roll call (See attached)
___ jurors absent
Voir Dire oath administered by Clerk ☐ previously administered by Clerk
Voir Dire by Court
___ jurors excused (See attached)
Panel of ___ drawn (See attached)
Peremptory challenges exercised (See attached)
Jury of ___ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
Remaining jurors excused
Discovery deadline set for ___
Disposition Motions due ___
Joint trial memorandum due ___
Trial continued until ___ at ___

☐ COPY TO: JURY CLERK