**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KENNETH STACEY,<br>    Plaintiff | :<br>:<br>: |
| v. | : Civil Action No. 3:00CV974 (CFD)<br>: |
| CITY OF BRISTOL, et al.<br>    Defendants. | :<br>: |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____    A recommended ruling on the following motions which are currently pending:  (orefm.)

____    A ruling on the following motion which is currently pending:  (orefm.)

_X_    A settlement conference (orefmisc./cnf)

____    A conference to discuss and approve the following:  (orefmisc./cnf)

____    Other:  (orefmisc./misc) _____

SO ORDERED this 20th day of April 2004, at Hartford, Connecticut.

                                                            /s/ CFD
                                                           Christopher F. Droney
                                                           United States District Judge