UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH A. STACEY | : | NO.: 3:00CV794 (CFD) (WIG) |
| v. | : | |
| CITY OF BRISTOL, ET AL | : | APRIL 19, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE**
**JOINT TRIAL MEMORANDUM**

The defendants, City of Bristol, Officer David Carella, Detective Kevin Mellon, Detective Suchinski, Detective R. St. George, Detective Sgt. R. Mullaney, Detective Sgt. Barton, Officer F. Sanders, Officer David Thompson, Officer Davis, Officer F. Daugeneck, John Doe and Jane Doe, hereby move for an extension of time up to and including, Thursday, June 3, 2004, in which to file the joint trial memorandum in the above captioned matter.

This matter was on the court's trial calendar call on April 8, 2004 in which the counsel for the parties reported their trial readiness, availability, interest trial before Magistrate Judge and other issues that may face the court in the trial of this matter. At that time, the Court agreed to extend the filing of the joint trial memorandum until Thursday, June 3, 2004 and instructed the parties to file a motion.

ORAL ARGUMENT IS NOT REQUESTED

As this motion is filed jointly, plaintiff's counsel has no objection to the granting of this motion.

WHEREFORE, the defendants pray that their motion for an extension of time with which to file their joint trial memorandum.

        DEFENDANTS,
        CITY OF BRISTOL, OFFICER DAVID CARELLA, DETECTIVE KEVIN MELLON, DETECTIVE SUCHINSKI, DETECTIVE R. ST. GEORGE, DETECTIVE SGT. R. MULLANEY, DETECTIVE SGT. P. BARTON, OFFICER F. SANDERS, OFFICER DAVID THOMPSON, OFFICER DAVIS, OFFICER F. DAUGENECK, JOHN DOE AND JANE DOE

        By/s/John J. Radshaw, III
          John J. Radshaw, III
          ct19882
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (fax)
          e-mail:  jradshaw@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 19th day of April, 2004.

James Sullivan, Esquire
Howard, Kohn, Sprague & FitzGerald
P.O. Box 261798
237 Buckingham Street
Hartford, CT  06126-1798

                                                <u>/s/John J. Radshaw, III</u>
                                                John J. Radshaw, III