46

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KENNETH A. STACEY  :  NO.: 3:00CV794 (CFD) (WIG)

v.  :

CITY OF BRISTOL, ET AL  :  APRIL 19, 2004

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 4/27/04

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE JOINT TRIAL MEMORANDUM

The defendants, City of Bristol, Officer David Carella, Detective Kevin Mellon, Detective Suchinski, Detective R. St. George, Detective Sgt. R. Mullaney, Detective Sgt. Barton, Officer F. Sanders, Officer David Thompson, Officer Davis, Officer F. Daugeneck, John Doe and Jane Doe, hereby move for an extension of time up to and including, Thursday, June 3, 2004, in which to file the joint trial memorandum in the above captioned matter.

This matter was on the court's trial calendar call on April 8, 2004 in which the counsel for the parties reported their trial readiness, availability, interest trial before Magistrate Judge and other issues that may face the court in the trial of this matter. At that time, the Court agreed to extend the filing of the joint trial memorandum until Thursday, June 3, 2004 and instructed the parties to file a motion.

ORAL ARGUMENT IS NOT REQUESTED