FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 14 P 3:11

U.S. DISTRICT COURT
HARTFORD, CT.

KENNETH STACEY

    V

CITY OF BRISTOL, et al

CASE NO. 3:00cv794 (CFD)

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on June 10, 2004 to be settled. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on **July 10, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

    It is so ordered.

    Dated at Hartford, Connecticut this 14th day of June, 2004.

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk