UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH A. STACEY | : | NO.: 3:00CV794 (CFD) (TPS) |
| | : | |
| v. | : | |
| | : | |
| CITY OF BRISTOL, ET AL | : | JUNE 18, 2004 |

### STIPULATION FOR DISMISSAL

The undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate for the dismissal of the above-captioned matter WITH PREJUDICE.

PLAINTIFF  
KENNETH A. STACEY

DEFENDANTS,  
CITY OF BRISTOL, ET AL

By /s/James F. Sullivan  
   James F. Sullivan, Esquire  
   ct12745  
   Howard, Kohn, Sprague & FitzGerald  
   P.O. Box 261798  
   237 Buckingham Street  
   Hartford, CT 06126-1798  
   (860) 525-3101  
   (860) 247-4201(fax)  
   e-mail: jfs@hksflaw.com

By/s/John J. Radshaw, III  
   John J. Radshaw, III  
   ct19882  
   Howd & Ludorf  
   65 Wethersfield Avenue  
   Hartford, CT 06114  
   (860) 249-1361  
   (860) 249-7665 (fax)  
   e-mail: jradshaw@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 18th day of June, 2004.

James F. Sullivan, Esquire
Howard, Kohn, Sprague & FitzGerald
P.O. Box 261798
237 Buckingham Street
Hartford, CT  06126-1798

                                                                /s/John J. Radshaw, III
                                                                John J. Radshaw, III