UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Kenneth A. Stacey

V.                                    Case Number: 3:00cv794(CFD)(TPS)

City of Bristol, etal

**ORDER**

_____**Stipulation for Dismissal of Case** Doc. # **52** - **ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, June 23, 2004.


KEVIN F. ROWE, CLERK

/s/ bpd
By: _____
    Bonnie P. D'onofrio
    Deputy Clerk